

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00432-CR

**EX PARTE** Jose Luis **MELGAREJO HERNANDEZ**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2024CRB001187L1
Honorable Leticia Martinez, Judge Presiding

PER CURIAM

Sitting:      Lori Massey Brissette, Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

Delivered and Filed: December 10, 2025

DISMISSED

Appellant, Jose Luis Melgarejo Hernandez, has filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). The motion, which is signed by Melgarejo Hernandez and his counsel, complies with Texas Rule of Appellate Procedure 42.2(a). *See id*. No opinion has issued.

Accordingly, we grant the motion and dismiss this appeal. *See id*. We dismiss any other pending motions as moot.

PER CURIAM

DO NOT PUBLISH